1st

U.S. District Court
District of Oregon

FILED 31 DEC '20 10:38 USDC-ORP

| Alex Lee Vandenberg, Plaintiff | ) | Notice of Dismissal |
| --- | --- | --- |
| vs. | ) | Civil Action 2:20-cv-01599-MK |
| Garth Gulick et al Defendants | ) | |

Plaintiffs Motion For Voluntary Dismissal

1. due To THE law library Coordinators Husband passing away and her being gone For a month and still Not here Coordinating Inmates That Need Access To The law library Plaintiff Cannot File motions, meet any deadlines, or do any research that Needs to be done in his case.

2. The Institution has assigned an staff member To Train To Supervise Three Law libraries in Three Complexes governing Three Thousand Inmates at only Five To Ten Inmates once a week. Only Inmates with a Close Deadline get To use The one day a week rule They have Implemented so Chances To get in are slim To None.

#2

3. THE Covid Viruse has kept Plaintiff From utilizing The law library and Plaintiff is Not able To Answer any an all defendants motions and has Not been able To acquire help due to scheduling restrictions.

4. Finally, due To Plaintiffs dimished Mental Capacity because of high levels of Ammonia Level and Continuous Brain damage I Asked The Court To Allow Plaintiff To Voluntary Dismiss his Complaint withOut prejudice so That Once I am released in July and I Can obtain Counsel and reFile my Complaint befor The Defendants File For Summary Judgement.

Respectfully Submitted This 25th day of December 2020.

Alex Vandenberg