UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ALEX LEE VANDENBERG, | Case No. 2:20-cv-01599-MK |
| Plaintiff, | ORDER |
| v. | |
| GARTH GULICK; STATE OF OREGON, | |
| Defendants. | |

MCSHANE, District Judge.

Plaintiff's unopposed Motion for Voluntary Dismissal (ECF No. 21) is GRANTED, and all pending motions (ECF Nos. 15, 20) are DENIED as moot. This action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 5th day of February, 2021.

s/ Michael J. McShane
MICHAEL J. MCSHANE
United States District Judge

1   - ORDER